FILED

JUL 07 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JAMES E. SMITH,

vs.

**ORDER RE: CERTIFICATE OF
APPEALABILITY**

1:07-CV-01431 OWW/WMW HC

THE UNITED STATES GOVERNMENT, ET AL.,

_____/

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____    Granted for the following reason:

_____

_____

_____

_____

X    Denied for the following reason:
MERITLESS CASE NOT DEBATEABLE AMONG
JURISTS OF REASON.

_____

_____

Dated:    7-7-08

OLIVER W. WANGER
United States District Judge