IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES E. SMITH,** | 1:07-CV-1431-OWW WMW |
| Petitioner, | **ORDER DENYING CERTIFICATE OF APPEALABILITY RE ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| vs. | |
| **THE UNITED STATES GOVERNMENT,** | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se on a petition for relief. In the caption of his petition, Petitioner cites the All Writs Act, 28 U.S.C. § 1651; 11 U.S.C. § 207; 42 U.S.C.§ 2000cc -1; Cal.Gov. § Code 810; and 28 U.S.C. § 1292(b). In his petition, Petitioner states that he is seeking relief from prison authorities stealing his personal property and violating his civil rights. On December 12, 2007, the court entered an order finding that

the proper vehicle for Petitioner to pursue his claims was through a civil rights action pursuant to 42 U.S.C. § 1983. The court therefore dismissed the petition without prejudice to Petitioner's right to file an appropriate civil action.

On June 6, 2008, Petitioner filed a request for a certificate of appealability. The controlling statute, 28 U.S.C. § 2253, provides as follows:

> (a) In a habeas corpus proceeding or a proceeding under section 2255 before a district judge, the final order shall be subject to review, on appeal, by the court of appeals for the circuit in which the proceeding is held.
> (b) There shall be no right of appeal from a final order in a proceeding to test the validity of a warrant to remove to another district or place for commitment or trial a person charged with a criminal offense against the United States, or to test the validity of such person's detention pending removal proceedings.
> (c)(1) Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from--
> (A) the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court;  or
> (B) the final order in a proceeding under section 2255.
> (2) A certificate of appealability may issue under paragraph (1) only if the applicant has made a substantial showing of the denial of a constitutional right.
> (3) The certificate of appealability under paragraph (1) shall indicate which specific issue or issues satisfy the showing required by paragraph (2).

In the present case, the court finds that Petitioner has failed to carry his burden of making a substantial showing of the denial of a constitutional right. Accordingly, Petitioner's request for a certificate of appealability is HEREBY DENIED.

IT IS SO ORDERED.

Dated:  __July 7, 2008__              _____/s/ Oliver W. Wanger_____
                                      UNITED STATES DISTRICT JUDGE